NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eddie Soto,<br><br>              Plaintiff,<br><br>v.<br><br>Trans Union LLC, *et al.*,<br><br>              Defendants. | No. CV-15-00549-PHX-JJT<br><br>**ORDER** |

   Pursuant to the parties' Stipulation for Dismissal of Xerox Education Services, LLC, Only, with Prejudice (Doc. 62),

   IT IS HEREBY ORDERED granting the Stipulation (Doc. 62).  Defendant Xerox Education Services, LLC, only is dismissed from this action with prejudice, with each party to bear its own attorneys' fees and costs.

   IT IS FURTHER ORDERED that the Clerk may now close this case.

   Dated this 2nd day of February, 2016.

_____
Honorable John J. Tuchi
United States District Judge